GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
MICHAEL MCGUIRE
SARA JOY MCGUIRE

Case No. 08-16982
Account No.  0150979573

MICHAEL MCGUIRE
SARA JOY MCGUIRE
25123 SCOTT DRIVE
PLAINFIELD, IL  60544

RICHARD E SEXNER
579 W NORTH AV #301
ELMHURST, IL  60126-2145

WELLS FARGO HOME MTGE
MAC X2501 O1F
1 HOME CAMPUS
DES MOINES, IA  50328-0001

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
MICHAEL MCGUIRE
SARA JOY MCGUIRE

Case No. 08-16982
Account No.  0150979573

RICHARD E SEXNER
579 W NORTH AV #301
ELMHURST, IL  60126-2145

MICHAEL MCGUIRE
SARA JOY MCGUIRE
25123 SCOTT DRIVE
PLAINFIELD, IL  60544

WELLS FARGO HOME MTGE
MAC X2501 O1F
1 HOME CAMPUS
DES MOINES, IA  50328-0001

### NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____
For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____
For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL MCGUIRE
SARA JOY MCGUIRE

Case No. 08-16982
Account No.  0150979573

DISCOVER BANK
DISCOVER FINANCIAL SERVICES
PO BOX 3025
NEW ALBANY, OH  43054

MICHAEL MCGUIRE
SARA JOY MCGUIRE
25123 SCOTT DRIVE
PLAINFIELD, IL  60544

RICHARD E SEXNER
579 W NORTH AV #301
ELMHURST, IL  60126-2145

## NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
MICHAEL MCGUIRE
SARA JOY MCGUIRE

Case No. 08-16982
Account No.  0150979573

PORTFOLIO RECOVERY ASSOC
PO BOX 12914
NORFOLK, VA  23541

MICHAEL MCGUIRE
SARA JOY MCGUIRE
25123 SCOTT DRIVE
PLAINFIELD, IL  60544

RICHARD E SEXNER
579 W NORTH AV #301
ELMHURST, IL  60126-2145

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____
For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____
For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
MICHAEL MCGUIRE
SARA JOY MCGUIRE

Case No. 08-16982
Account No.  0150979573

PREMIER BANKCARD/CHARTER
PO BOX 2208
VACAVILLE, CA  95696

MICHAEL MCGUIRE
SARA JOY MCGUIRE
25123 SCOTT DRIVE
PLAINFIELD, IL  60544

RICHARD E SEXNER
579 W NORTH AV #301
ELMHURST, IL  60126-2145

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
MICHAEL MCGUIRE
SARA JOY MCGUIRE

Case No. 08-16982
Account No.  0150979573

CAPITAL RECOVERY II
25 SE 2ND AV #1120
MIAMI, FL  33131

MICHAEL MCGUIRE
SARA JOY MCGUIRE
25123 SCOTT DRIVE
PLAINFIELD, IL  60544

RICHARD E SEXNER
579 W NORTH AV #301
ELMHURST, IL  60126-2145

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL MCGUIRE
SARA JOY MCGUIRE

Case No. 08-16982
Account No.  0150979573

ECAST SETTLEMENT CORP
PO BOX 7247-6971
PHILADELPHIA, PA  19170-6971

MICHAEL MCGUIRE
SARA JOY MCGUIRE
25123 SCOTT DRIVE
PLAINFIELD, IL  60544

RICHARD E SEXNER
579 W NORTH AV #301
ELMHURST, IL  60126-2145

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
MICHAEL MCGUIRE
SARA JOY MCGUIRE

Case No. 08-16982
Account No.  0150979573

MED BUSINESS BUREAU
1550 NORTHWEST HWY SUITE 40
PARK RIDGE, IL  60068

MICHAEL MCGUIRE
SARA JOY MCGUIRE
25123 SCOTT DRIVE
PLAINFIELD, IL  60544

RICHARD E SEXNER
579 W NORTH AV #301
ELMHURST, IL  60126-2145

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
MICHAEL MCGUIRE
SARA JOY MCGUIRE

Case No. 08-16982
Account No.  0150979573


US BANK
PO BOX 5229
CINCINNATI, OH  45201-5229

MICHAEL MCGUIRE
SARA JOY MCGUIRE
25123 SCOTT DRIVE
PLAINFIELD, IL  60544


RICHARD E SEXNER
579 W NORTH AV #301
ELMHURST, IL  60126-2145


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
MICHAEL MCGUIRE
SARA JOY MCGUIRE

Case No. 08-16982
Account No.  0150979573

US BANK
PO BOX 5229
CINCINNATI, OH  45201-5229

MICHAEL MCGUIRE
SARA JOY MCGUIRE
25123 SCOTT DRIVE
PLAINFIELD, IL  60544

RICHARD E SEXNER
579 W NORTH AV #301
ELMHURST, IL  60126-2145

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

In re:
MICHAEL MCGUIRE
SARA JOY MCGUIRE

Case No. 08-16982
Account No. 0150979573

WELLS FARGO HOME MTGE
MAC X2501 O1F
1 HOME CAMPUS
DES MOINES, IA 50328-0001

MICHAEL MCGUIRE
SARA JOY MCGUIRE
25123 SCOTT DRIVE
PLAINFIELD, IL 60544

RICHARD E SEXNER
579 W NORTH AV #301
ELMHURST, IL 60126-2145

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
MICHAEL MCGUIRE
SARA JOY MCGUIRE

Case No. 08-16982
Account No.  0150979573

WELLS FARGO HOME MTGE
MAC X2501 O1F
1 HOME CAMPUS
DES MOINES, IA  50328-0001

MICHAEL MCGUIRE
SARA JOY MCGUIRE
25123 SCOTT DRIVE
PLAINFIELD, IL  60544

RICHARD E SEXNER
579 W NORTH AV #301
ELMHURST, IL  60126-2145

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
MICHAEL MCGUIRE
SARA JOY MCGUIRE

Case No. 08-16982
Account No.  0150979573

GE MONEY BANK
PO BOX 960061
ORLANDO, FL  32896-0661

MICHAEL MCGUIRE
SARA JOY MCGUIRE
25123 SCOTT DRIVE
PLAINFIELD, IL  60544

RICHARD E SEXNER
579 W NORTH AV #301
ELMHURST, IL  60126-2145

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL MCGUIRE
SARA JOY MCGUIRE

Case No. 08-16982
Account No.  0150979573

HARRIS BANK CONSUMER LOAN CTR
3800 W GOLF RD #300
PO BOX 5038
ROLLING MEADOWS, IL  60008

MICHAEL MCGUIRE
SARA JOY MCGUIRE
25123 SCOTT DRIVE
PLAINFIELD, IL  60544

RICHARD E SEXNER
579 W NORTH AV #301
ELMHURST, IL  60126-2145

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
MICHAEL MCGUIRE
SARA JOY MCGUIRE

Case No. 08-16982
Account No.  0150979573

TOYOTA MOTOR CREDIT CORP
5005 N RIVER BLVD NE
CEDAR RAPIDS, IA  52411-6634

MICHAEL MCGUIRE
SARA JOY MCGUIRE
25123 SCOTT DRIVE
PLAINFIELD, IL  60544

RICHARD E SEXNER
579 W NORTH AV #301
ELMHURST, IL  60126-2145

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL MCGUIRE
SARA JOY MCGUIRE

Case No. 08-16982
Account No.  0150979573

WORLD FINANCIAL NETWORK BANK
PO BOX 182283
COLUMBUS, OH  43218-2283

MICHAEL MCGUIRE
SARA JOY MCGUIRE
25123 SCOTT DRIVE
PLAINFIELD, IL  60544

RICHARD E SEXNER
579 W NORTH AV #301
ELMHURST, IL  60126-2145

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
MICHAEL MCGUIRE
SARA JOY MCGUIRE

Case No. 08-16982
Account No.  0150979573

SANDY RITTGARN
1347 BRANCHWOOD CRL #103
NAPERVILLE, IL  60563

MICHAEL MCGUIRE
SARA JOY MCGUIRE
25123 SCOTT DRIVE
PLAINFIELD, IL  60544

RICHARD E SEXNER
579 W NORTH AV #301
ELMHURST, IL  60126-2145

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
MICHAEL MCGUIRE
SARA JOY MCGUIRE

Case No. 08-16982
Account No.  0150979573

ECAST SETTLEMENT CORPORATION
PO BOX 35480
NEWARK, NJ  07193-5480

MICHAEL MCGUIRE
SARA JOY MCGUIRE
25123 SCOTT DRIVE
PLAINFIELD, IL  60544

RICHARD E SEXNER
579 W NORTH AV #301
ELMHURST, IL  60126-2145

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
MICHAEL MCGUIRE
SARA JOY MCGUIRE

Case No. 08-16982
Account No.  0150979573

ECAST SETTLEMENT CORPORATION
PO BOX 35480
NEWARK, NJ  07193-5480

MICHAEL MCGUIRE
SARA JOY MCGUIRE
25123 SCOTT DRIVE
PLAINFIELD, IL  60544

RICHARD E SEXNER
579 W NORTH AV #301
ELMHURST, IL  60126-2145

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL MCGUIRE
SARA JOY MCGUIRE

Case No. 08-16982
Account No.  0150979573

ECAST SETTLEMENT CORPORATION
PO BOX 35480
NEWARK, NJ  07193-5480

MICHAEL MCGUIRE
SARA JOY MCGUIRE
25123 SCOTT DRIVE
PLAINFIELD, IL  60544

RICHARD E SEXNER
579 W NORTH AV #301
ELMHURST, IL  60126-2145

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
MICHAEL MCGUIRE
SARA JOY MCGUIRE

Case No. 08-16982
Account No.  0150979573

ECAST SETTLEMENT CORPORATION
PO BOX 35480
NEWARK, NJ  07193-5480

MICHAEL MCGUIRE
SARA JOY MCGUIRE
25123 SCOTT DRIVE
PLAINFIELD, IL  60544

RICHARD E SEXNER
579 W NORTH AV #301
ELMHURST, IL  60126-2145

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
MICHAEL MCGUIRE
SARA JOY MCGUIRE

Case No. 08-16982
Account No.  0150979573

ECAST SETTLEMENT CORPORATION
PO BOX 35480
NEWARK, NJ  07193-5480

MICHAEL MCGUIRE
SARA JOY MCGUIRE
25123 SCOTT DRIVE
PLAINFIELD, IL  60544

RICHARD E SEXNER
579 W NORTH AV #301
ELMHURST, IL  60126-2145

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
MICHAEL MCGUIRE
SARA JOY MCGUIRE

Case No. 08-16982
Account No.  0150979573

ROUNDUP FUNDING LLC
MS 550
PO BOX 91121
SEATTLE, WA  98111-9221

MICHAEL MCGUIRE
SARA JOY MCGUIRE
25123 SCOTT DRIVE
PLAINFIELD, IL  60544

RICHARD E SEXNER
579 W NORTH AV #301
ELMHURST, IL  60126-2145

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
MICHAEL MCGUIRE
SARA JOY MCGUIRE

Case No. 08-16982
Account No.  0150979573

ROUNDUP FUNDING LLC
MS 550
PO BOX 91121
SEATTLE, WA  98111-9221

MICHAEL MCGUIRE
SARA JOY MCGUIRE
25123 SCOTT DRIVE
PLAINFIELD, IL  60544

RICHARD E SEXNER
579 W NORTH AV #301
ELMHURST, IL  60126-2145

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
MICHAEL MCGUIRE
SARA JOY MCGUIRE

Case No. 08-16982
Account No.  0150979573

BANK ONE/JPM CHASE
PAYMENT PROCESSING
PO BOX 17055
WILMINGTON, DE  19850-7055

MICHAEL MCGUIRE
SARA JOY MCGUIRE
25123 SCOTT DRIVE
PLAINFIELD, IL  60544

RICHARD E SEXNER
579 W NORTH AV #301
ELMHURST, IL  60126-2145

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
MICHAEL MCGUIRE
SARA JOY MCGUIRE

Case No. 08-16982
Account No.  0150979573

BANK ONE/JPM CHASE
PAYMENT PROCESSING
PO BOX 17055
WILMINGTON, DE  19850-7055

MICHAEL MCGUIRE
SARA JOY MCGUIRE
25123 SCOTT DRIVE
PLAINFIELD, IL  60544

RICHARD E SEXNER
579 W NORTH AV #301
ELMHURST, IL  60126-2145

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
MICHAEL MCGUIRE
SARA JOY MCGUIRE

Case No. 08-16982
Account No.  0150979573

BANK ONE/JPM CHASE
PAYMENT PROCESSING
PO BOX 17055
WILMINGTON, DE  19850-7055

MICHAEL MCGUIRE
SARA JOY MCGUIRE
25123 SCOTT DRIVE
PLAINFIELD, IL  60544

RICHARD E SEXNER
579 W NORTH AV #301
ELMHURST, IL  60126-2145

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
MICHAEL MCGUIRE
SARA JOY MCGUIRE

Case No. 08-16982
Account No.  0150979573

BECKET & LEE LLP
PO BOX 3001
MALVERN, PA  19355

MICHAEL MCGUIRE
SARA JOY MCGUIRE
25123 SCOTT DRIVE
PLAINFIELD, IL  60544

RICHARD E SEXNER
579 W NORTH AV #301
ELMHURST, IL  60126-2145

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
MICHAEL MCGUIRE
SARA JOY MCGUIRE

Case No. 08-16982
Account No.  0150979573

RESURGENT CAPITAL SERVICES
PO BOX 10587 CASHIERING
GREENVILLE, SC  29603-0587

MICHAEL MCGUIRE
SARA JOY MCGUIRE
25123 SCOTT DRIVE
PLAINFIELD, IL  60544

RICHARD E SEXNER
579 W NORTH AV #301
ELMHURST, IL  60126-2145

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL MCGUIRE
SARA JOY MCGUIRE

Case No. 08-16982
Account No.  0150979573

RESURGENT CAPITAL SERVICES
PO BOX 10587 CASHIERING
GREENVILLE, SC  29603-0587

MICHAEL MCGUIRE
SARA JOY MCGUIRE
25123 SCOTT DRIVE
PLAINFIELD, IL  60544

RICHARD E SEXNER
579 W NORTH AV #301
ELMHURST, IL  60126-2145

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
MICHAEL MCGUIRE
SARA JOY MCGUIRE

Case No. 08-16982
Account No.  0150979573


CITIBANK SOUTH DAKOTA NA
PO BOX 6305
THE LAKES, NV  88901

MICHAEL MCGUIRE
SARA JOY MCGUIRE
25123 SCOTT DRIVE
PLAINFIELD, IL  60544


RICHARD E SEXNER
579 W NORTH AV #301
ELMHURST, IL  60126-2145


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
MICHAEL MCGUIRE
SARA JOY MCGUIRE

Case No. 08-16982
Account No.  0150979573

CITIBANK SOUTH DAKOTA NA
PO BOX 6305
THE LAKES, NV  88901

MICHAEL MCGUIRE
SARA JOY MCGUIRE
25123 SCOTT DRIVE
PLAINFIELD, IL  60544

RICHARD E SEXNER
579 W NORTH AV #301
ELMHURST, IL  60126-2145

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
MICHAEL MCGUIRE
SARA JOY MCGUIRE

Case No. 08-16982
Account No.  0150979573

CREDIT FIRST
PO BOX 81307 AMF BK 13
CLEVELAND, OH  44181

MICHAEL MCGUIRE
SARA JOY MCGUIRE
25123 SCOTT DRIVE
PLAINFIELD, IL  60544

RICHARD E SEXNER
579 W NORTH AV #301
ELMHURST, IL  60126-2145

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL MCGUIRE

SARA JOY MCGUIRE

Case No. 08-16982

Account No.  0150979573

DISCOVER BANK
DISCOVER FINANCIAL SERVICES
PO BOX 3025
NEW ALBANY, OH  43054

MICHAEL MCGUIRE
SARA JOY MCGUIRE
25123 SCOTT DRIVE
PLAINFIELD, IL  60544

RICHARD E SEXNER
579 W NORTH AV #301
ELMHURST, IL  60126-2145

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313